NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**AXONICS, INC.,**
*Appellant*

**v.**

**MEDTRONIC, INC.,**
*Cross-Appellant*

---

2024-1701

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2020-00679, IPR2020-00715.

---

**O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2                                    AXONICS, INC. v. MEDTRONIC, INC.

(2)  Each side shall bear their own costs.

FOR THE COURT

February 12, 2025                        Jarrett B. Perlow
Date                                     Clerk of Court

**ISSUED AS A MANDATE:** February 12, 2025